UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80010-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JEFFREY ALAN HELMS, JR.**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION FOLLOWING CHANGE OF PLEA HEARING [ECF NO. 29]

THIS CAUSE came before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendations on Change of Plea, entered on June 18, 2025 [ECF No. 29]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Reinhart's Report and Recommendations and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 29]** is **AFFIRMED AND ADOPTED**. Defendant, Jeffrey Alan Helms Jr.'s, change of plea is accepted, and Defendant is adjudicated guilty as to Counts 1 and 3 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 4th day of September, 2025.

                                                  **MELISSA DAMIAN**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Bruce E. Reinhart