Case 9:25-cr-80010-MD Document 48 Entered on FLSD Docket 10/24/2025 Page 1 of 5

LEGAL MAIL PAGE #1

FILED BY NR D.C.
OCT 23 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

10/16/25

Honorable Judge Melissa Damian,
Case No: 25-80010-CR

I am writing this letter today in reguards to an unresolved ongoing issue reguarding my attorney, Robert Adler, as well as my lost property situation. As your Honor is already aware, I was transferred from North Broward County Jail on 9/9/25 to Palm Beach County Jail. In the process, I was not transferred with my property. After finding no resolution contacting my attorney & private investigator, I wrote your Honor on 9/14/25 in hope for a positive resolution in recovering all my lost legal mail, documents & personal property. On 10/7/25, I went for a status check in front of Magistrate Judge Reinhart here in Palm Beach County. He adressed the letter I wrote your Honor, then assured me that he was going to help me get my property & is going to grant an order from the court for my private investigator, Charmaine Allen, to be allowed to personally go to North Broward Jail to retrieve my abandoned property. However, on 10/14/25 I spoke to Ms. Allen via phone who informed me that she had bad news & that my property could not be located. She advised me that the Sgt. at North Broward Jail could not locate any of my legal property & personal property & he believes that it got lost going from the dorm to the property room some how. At this point in time I find this to be completely unacceptable. Not only did I raise this issue immediatley after being transferred with my investigator & attorney, I was assured that all my property & legal documents were still in fact at North Broward Jail & they were advised that we were in the

process of having someone come retrieve them. So the fact that they do not have it & cannot locate it, is unacceptable. Again, this is a direct violation of my due process rights. I've made every attempt to contact & inform everyone involved with my case reguarding this issue. I've exhausted all remedies reguarding this issue and now there will be no consequences to the jail or my attorney Robert Adler, for there gross negligence. Another very serious issue & concern is the fact that my attorney, Robert Adler, is not representing me in a proffessional matter at this point & I attempted to fire him orally in court on 10/7/25 in front of Magistrate Judge Reinhart. Mr. Adler has been inneffective assistance of counsel at this point. He does not seem to be competent to the point where he's confused with certain facts, dates, as well as promises he's made to me, which have not been met. He also just blatently lied to me on 10/7/25 right after court, he assured me that he already filed a motion for Downward Variance in my case. This was extremely important for me & he assured me he filed it. However, on 10/14/25, while on the phone with my private investigator Charmaine Allen, she looked it up & advised me that no such motion has been filed with the court. This is important for me considering I'm set for sentencing in front of your honor on 10/27/25 at 1:00p.m. This lack of competent representation at this time is a major concern for me, as my life & future are at stake. This is just one of many issues I have with my attorney. He hasn't came to see me at either jail for several months never sent the PSI until recently or formally went

CASE NO: 25-80010-CR　　　　　　　　　　　　　　　　　　　　　　10/16/25

OVER IT WITH ME. EXCEPT FOR A FEW MINUTES AFTER COURT ON 10/7/25, WHERE I DID NOT HAVE ANY OF MY NOTES TO RAISE MY ISSUES & CONCERNS REGUARDING THE PSI. AS YOUR HONOR KNOWS, THE PSI IS ONE OF THE MOST IMPORTANT THINGS WHEN IT COMES TO SENTENCING SOMEONE. I WAS NOT AFFORDED PROPER COUNSEL TO GO OVER MY PSI, TO MAKE A GOOD, RATIONAL DECISION WHEN IT COMES TO THE DISCREPANCYS WITHIN MY PSI. I FEEL ITS IN MY BEST INTEREST TO HAVE A NEW ATTORNEY, TO GO OVER MY PSI WITH ME FOR ME TO MAKE THE BEST DECISION FOR ME & MY FAMILY WHEN IT COMES TO SENTENCING. MR ADLER AGAIN PROMISED THAT HE WOULD COME SEE ME AT THE JAIL EITHER THAT THURSDAY 10/9/25, OR FRIDAY 10/10/25. HOWEVER, HE NEVER CAME. ALSO, PRIOR TO COURT ON 10/7/25, A US MARSHAL HINTED THAT IN FACT THEIR DOES SEEM TO BE AN ISSUE REGUARDING MY ATTORNEY MR. ADLER, YET THEY CULDN'T EXACTLY TELL ME WHAT IN FEAR OF CONSEQUENCES. WHEN I INQUIRED IF THE RUMORS WERE TRUE THAT I'VE BEEN HEARING REGUARDING MR. ADLER, THEY SAID THAT I NEEDED TO FOLLOW MY GUT AT THAT MOMENT. HOWEVER, I'VE NOTICED LATELY THAT HE SEEMS TO BE CONFUSED A LOT, FORGETFUL OF DATES & PRIOR CONVERSATIONS WE'VE HAD. HE'S ALSO BEEN ACTING IN A VERY STRANGE MANOR, THEN ALONG WITH ALL OF THE LIES, I DO NOT FEEL COMFORTABLE MOVING FORWARD WITH HIM REPRESENTING ME AT THIS POINT. NOW BECAUSE OF HIS MISREPRESENTATION, I NOW QUESTION EVERYTHING HE'S EVER TOLD ME. ALSO, DUE TO HIS INCOMPETENCE, I NO LONGER HAVE ANY OF MY LEGAL DOCUMENTS WHICH VERY WELL MAY HINDER MY ABILITY TO MAKE A GOOD DECISION REGUARDING EVERYTHING IN MY CASE, INCLUDING THE PLEA DEAL, I WOULD LIKE THE OPPORTUNITY TO SPEAK

TO NEW COUNSEL IN REGUARDS TO MY PSI & PLEA DEAL. I BELIEVE THAT I WAS MISREPRESENTED WHEN MAKING THE DECISION TO TAKE THE PLEA DEAL.

RELIEF ASKED FOR IS:

1) I'D LIKE TO RESERVE MY RIGHT UNDER RULE 11(d)(2)(B), TO REEXAMINE THE PLEA DEAL & GET ADEQUATE REPRESENTATION AND MAYBE MAKE A MORE INFORMED DECISION.

2) ASKING FOR NEW COUNSEL THAT WILL HAVE MY BEST INTEREST IN THIS CASE.

3) I WOULD LIKE FOR MY PROPERTY TO BE FOUND AND OR LOCATED & RETURNED TO ME.

4) THE OPPORTUNITY TO GO THROUGH MY PSI WITH A MORE COMPETENT ATTORNEY.

RESPECTFULLY SUBMITTED,

Jeffrey A. Helms Jr.

JEFFREY HELMS
#0284450 / E-4-C
MAIN DETENTION CENTER
P.O. BOX 24716
W.P.B., FL 33416

✻ LEGAL MAIL ✻

CLERK OF COURT
ATTN: HONORABLE JUDGE MELISSA DAMIAN
299 E. BROWARD BLVD
Ft. LAUDERDALE FL 33301

3330131922 C040

Attention:
This Letter Originates From The Palm Beach County Facility Inmate Mail Is Uncensored The Sheriff Cannot Assume Responsibility For Its Contents

✻ LEGAL MAIL ✻